UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MATONDO ANDRE MATEUS, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 1:26-cv-10327-IT |
| | * | |
| DAVID WESLING, et al., | * | |
| | * | |
| Respondents. | * | |
| | * | |

ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 9] granting Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1]  and Respondents' Status Report [Doc. No. 10] indicating that Petitioner was released on February 5, 2026, "and provided a commercial flight from Phoenix, Arizona to Boston, Massachusetts on that same date[,]" this action is CLOSED.

IT IS SO ORDERED.

May 14, 2026                                         /s/ Indira Talwani
                                                              United States District Judge